1 | Scott R. Mosko (State Bar No. 106070)
2 | E-Mail: scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3 | Stanford Research Park
700 Hansen Way
4 | Palo Alto, California  94304
Telephone:     (650) 849-6600
5 | Facsimile:      (650) 849-6666

6 | Additional counsel listed on last page

7 | Attorneys for Defendant
CHI MEI OPTOELECTRONICS
8 | CORP.

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | SEMICONDUCTOR ENERGY LABORATORY CO., LTD.,

CASE NO. C 04 4675 MHP

13 |                     Plaintiff,

**STIPULATION AND [PROPOSED] ORDER COMPELLING PRODUCTION OF DOCUMENTS**

14 |

15 |             v.

16 | CHI MEI OPTOELECTRONICS CORP., INTERNATIONAL DISPLAY TECHNOLOGY CO., LTD., INTERNATIONAL DISPLAY TECHNOLOGY USA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC and CTX TECHNOLOGY CORP.,

17 |

18 |

19 |                     Defendants.

Doc. No. 423916

STIPULATION AND [PROPOSED] ORDER COMPELLING
PRODUCTION OF DOCUMENTS
Case No. C 04 4675 MHP

1  The parties through their respective counsel hereby stipulate as follows:

2  1. Plaintiff Semiconductor Energy Laboratory Company, Ltd. ("SEL") has alleged
3  defendants' products infringe certain U.S. patents, including United States Patent No. 6,404,480
4  ("'480");

5  2. In a prior action filed in the Northern District of California, *Semiconductor Energy*
6  *Laboratory Company, Ltd. v. Acer Incorporated, Acer America Corporation and AU Optronics*
7  *Corporation*, Action No. C 02-02800 WHA, ("The Acer/AUO Action") SEL accused the defendants
8  in that case of infringing the same '480 patent;

9  3. Attached as Exhibit A to this stipulation is a true and correct copy of the Protective
10 Order entered in The Acer/AUO Action;

11 4. Attached as Exhibit B to this stipulation is a true and correct copy of the Protective
12 Order entered in the present action;

13 5. Defendant Chi Mei Optoelectronics Corp. ("CMO") has served requests for
14 production, including Request No. 55, which reads, "All documents and things related to any
15 litigation involving any of the patents-in-suit";

16 6. Certain documents generated in The Acer/AUO Action that are responsive to CMO's
17 Document Request No. 55 were marked confidential pursuant to the Protective Order in that action;

18 7. SEL has advised AUO of CMO's requests, and SEL understands that AUO objects to
19 SEL producing any documents containing AUO confidential information to CMO;

20 8. CMO and its counsel agree to treat the confidentially marked documents in The
21 Acer/AUO Action consistently with the Protective Order entered in that case, Exhibit A;

22 9. SEL believes it is appropriate to produce all non-privileged documents relating to the
23 '480 patent that were generated in The Acer/AUO Action, but does not want to be in violation of the
24 Protective Order in that case;

25 ///
26 ///
27 ///
28 ///

1  10. The parties in this case seek an order from this Court compelling SEL to produce all non-privileged documents relating to the '480 patent from The Acer/AUO Action.

By his signature below, counsel for Defendant swears under penalty of perjury that counsel for Plaintiff concurred in the filing of this document.

Dated: June 24, 2005            FINNEGAN, HENDERSON, FARABOW,
                                  GARRETT & DUNNER, L.L.P.


                                By: _____/s/_____
                                    Scott R. Mosko
                                    Attorneys for Defendant
                                    Chi Mei Optoelectronics Corp.


Dated: June 24, 2005            JENNER & BLOCK


                                By: _____/s/_____
                                    Terrence J. Truax
                                    Attorneys for Plaintiff
                                    Semiconductor Energy Laboratory Co,, Ltd.

**[PROPOSED] ORDER**

Upon good cause shown, IT IS HEREBY ORDERED that SEL shall produce to CMO all non-privileged documents relating to the '480 patent generated in The Acer/AUO Action by July 12, 2005. CMO and its counsel shall abide by the terms of the protective order issued in The Acer/AUO Action. SEL shall send AUO's counsel a copy of this Order by July 7, 2005. If AUO objects to this Order, by July 11, 2005, it shall (i) serve notice to all parties by facsimile and (ii) contact the Court to arrange for a conference call with counsel for this action and this Court to occur at the earliest available time convenient with the Court.

Dated: June 27, 2005            _____
                                Honorable Marilyn H. Patel
                                United States District Judge

Additional Counsel for Defendant:

E. Robert Yoches (*Admitted Pro Hac Vice*)
E-Mail: bob.yoches@finnegan.com
Timothy J. May (*Admitted Pro Hac Vice*)
E-Mail: timothy.may@finnegan.com
Walter D. Davis, Jr. (*Admitted Pro Hac Vice)*
E-Mail: walter.davis@finnegan.com
Darren M. Jiron (*Admitted Pro Hac Vice*)
E-Mail: darren.jiron@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

John R. Alison (*Admitted Pro Hac Vice*)
E-Mail: john.alison@finnegan.com
Ya-Chiao Chang (*Admitted Pro Hac Vice*)
E-Mail: ya-chiao.chang@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
12D, 167 DunHua North Road
Taipei 105, Taiwan, R.O.C.
Telephone: 011-886-2-2712-7001
Facsimile: 011-886-2-2712-7080