FILED

JUL 2 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  SEE COUNSEL OF RECORD
   ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEMICONDUCTOR ENERGY LABORATORY CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>CHI MEI OPTOELECTRONICS CORP., INTERNATIONAL DISPLAY TECHNOLOGY CO., LTD., INTERNATIONAL DISPLAY TECHNOLOGY USA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC and CTX TECHNOLOGY CORP.,<br><br>Defendants. | CASE NO. C 04 4675 MHP<br><br>STIPULATION AND [~~PROPOSED~~] ORDER COMPELLING PRODUCTION OF DOCUMENTS RELATED TO LICENSING |

The parties through their respective counsel hereby stipulate as follows:

1. Plaintiff Semiconductor Energy Laboratory Company, Ltd. ("SEL") has alleged defendants' products infringe certain U.S. patents.

2. According to SEL, SEL's patents-in-suit are covered by various license agreements between SEL and various other third parties. The license agreements contain confidential and proprietary information of SEL and the various third parties and are subject to confidentiality provisions in those agreements.

3. Defendant Chi Mei Optoelectronics Corp. ("CMO") has served requests for production and other discovery requests seeking production of documents relating to license agreements between SEL and other parties which cover the patents-in-suit.

STIPULATION AND [PROPOSED] ORDER COMPELLING
PRODUCTION OF DOCUMENTS RELATED TO LICENSING        1

1  4.  SEL has advised its licensees that defendant CMO is seeking information relating to these licensees, and several of the licensees have advised SEL that they object to SEL producing any information relating to SEL's license agreements with those third parties.

5.  CMO and its counsel agree to treat the licensing information as "Confidential -- For Attorneys Eyes Only" in accord with the Stipulated Protective Order entered in this case;

6.  Given the Court's instruction to move forward with the production of documents relating to licensing, SEL, subject to its previously stated objections to production, is prepared to produce documents relating to licensing of the patents-in-suit; however, before doing so, SEL wants to be sure that any third party licensee that intends to pursue further an objection to the production of the documents or information contained therein has an adequate opportunity to lodge that objection with the Court, and if appropriate, to be heard on the objection.

7.  Accordingly SEL and CMO consent to the entry by the Court of the attached Proposed Order.

Dated: July 12, 2005

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.


By: ___/s/ Scott R. Mosko___
E. Robert Yoches
Scott R. Mosko
Attorneys for Defendant
Chi Mei Optoelectronics Corp.

Dated: June 12, 2005

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP


JENNER & BLOCK LLP



By: ___/s/ Terrence J. Truax___
Donald R. Harris
Stanley A. Schlitter
Terrence J. Truax
Attorneys for Plaintiff
Semiconductor Energy Laboratory Co., Ltd.

STIPULATION AND [PROPOSED] ORDER COMPELLING
PRODUCTION OF DOCUMENTS RELATED TO LICENSING        2

1

2                    [~~PROPOSED~~] ORDER

3    The Court, having considered the issue of the production of documents relating to the

4 licensing of the patents asserted by plaintiff Semiconductor Energy Laboratory Co., Ltd. ("SEL") in

5 this matter, including the request for such documents and information contained therein by

6 defendant Chi Mei Optoelectronics Corp. ("CMO"), it is HEREBY ORDERED that SEL shall

7 produce to CMO non-privileged documents relating to license agreements covering the patents-in-

8 suit, provided that (i) such production shall be subject to the provisions of the Stipulated Protective

9 Order governing the production of confidential information in this action, and (ii) SEL shall be

10 permitted to redact from any document identifying characteristics relating to the parties to any such

11 license agreement, other than SEL. Before producing the information, SEL shall send notice of this

12 Order to its licensees, and advise those licensees that if any licensee wishes to object to SEL's

13 production of the documents or information contained therein, by July 26, 2005, it must notify in

14 writing both SEL and counsel for CMO of that objection, after which time the Court will promptly *at the request of the parties*

15 schedule a telephone conference to consider any such objections by any third party licensees.

16

17 Dated: 7/25/05

18                                              Honorable Marilyn H. Patel
                                                United States District Judge

STIPULATION AND [PROPOSED] ORDER COMPELLING
PRODUCTION OF DOCUMENTS RELATED TO LICENSING    3