```
                                                    FILED
                                                    OCT 1 9 2005
```

1  Scott R. Mosko (State Bar No. 106070)
   E-Mail: scott.mosko@finnegan.com                 RICHARD W. WIEKING
2  FINNEGAN, HENDERSON, FARABOW,                    CLERK, U.S. DISTRICT COURT
     GARRETT & DUNNER, L.L.P.                       NORTHERN DISTRICT OF CALIFORNIA
3  Stanford Research Park
   700 Hansen Way
4  Palo Alto, California 94304
   Telephone:   (650) 849-6600
5  Facsimile:   (650) 849-6666

6  Additional Counsel Listed on Last Page

7  Attorneys for Defendants CHI MEI
   OPTOELECTRONICS CORP., INTERNATIONAL
8  DISPLAY TECHNOLOGY CO., LTD.,, INTERNATIONAL
   DISPLAY TECHNOLOGY USA, INC., AND
9  WESTINGHOUSE DIGITAL ELECTRONICS, LLC

10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14  SEMICONDUCTOR ENERGY LABORATORY        CASE NO. C 04-04675 MHP
    CO., LTD.
15                Plaintiff,
          v.                                STIPULATION AND [PROPOSED]
16                                          ORDER MOVING TUTORIAL AND
    CHI MEI OPTOELECTRONICS CORP.,          CLAIM CONSTRUCTION HEARING
17  INTERNATIONAL DISPLAY TECHNOLOGY
    CO., LTD., INTERNATIONAL DISPLAY
18  TECHNOLOGY USA, INC., WESTINGHOUSE
    DIGITAL ELECTRONICS, LLC and CTX
19  TECHNOLOGY CORP.,

20                Defendants.

21
22
23
24
25
26
27
28

Doc. No. 430311                    STIPULATION AND [PROPOSED] ORDER MOVING TUTORIAL
                                                 AND CLAIM CONSTRUCTION HEARING
                                                         Case No. C 04-04675 MHP

1  The parties, through this Stipulation, agree to move the Tutorial and Claim Construction
2  hearing, currently on calendar for October 25, 2005, at 9:00 a.m., to Tuesday, November 29, 2005,
3  commencing at 9:00 a.m. Scott R. Mosko received authorization to attach Stanley Schlitter's e-
4  signature to this pleading.

5  IT IS SO STIPULATED:

7  Dated: October 18, 2005                         JENNER & BLOCK LLP

                                                  By: _____/s/_____
                                                      Stanley Schlitter
                                                      Attorneys for Plaintiff
                                                      Semiconductor Energy Laboratory Co., Ltd.

13 Dated: October 18, 2005                        FINNEGAN, HENDERSON, FARABOW,
                                                  GARRETT & DUNNER, L.L.P.

                                                  By: _____/s/_____
                                                      Scott R. Mosko
                                                      Attorneys for Defendants
                                                      Chi Mei Optoelectronics Corp., International
                                                      Display Technology Co., Ltd., International
                                                      Display Technology USA, Inc., and
                                                      Westinghouse Digital Electronics, LLC

IT IS SO ORDERED:

Dated: 10/19/05

_____
United States District Judge

Doc. No. 430311                          1                STIPULATION AND [PROPOSED] ORDER MOVING TUTORIAL
                                                          AND CLAIM CONSTRUCTION HEARING
                                                          Case No. C 04-04675 MHP