1  Teresa M. Corbin (SBN 132360)
   HOWREY LLP
2  525 Market Street, Suite 3600
   San Francisco, California 94105-2708
3  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
4  E-mail: corbint@howrey.com

5  Christopher A. Mathews (SBN 144021)
   Benjamin C. Deming (SBN 233687)
6  HOWREY LLP
   550 S. Hope Street, Suite 1100
7  Los Angeles California, 90071
   Telephone: (213) 892-1800
8  Facsimile: (213) 892-2300
   E-mail: mathewsc@howrey.com
9  E-mail: demingb@howrey.com

10 Gregory S. Cordrey (SBN 190144)
   HOWREY LLP
11 2020 Main Street, Suite 1000
   Irvine, California 92614
12 Telephone: (949) 721-6900
   Facsimile: (949) 721-6910
13 E-mail: cordreyg@howrey.com

14 Attorneys for Defendant CHI MEI OPTOELECTRONICS
   CORP.
15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18 SEMICONDUCTOR ENERGY LABORATORY )  Case No. C 04-04675 MHP
   CO., LTD.                       )
19                                 )
              Plaintiff,           )  **DEFENDANT'S NOTICE OF**
20                                 )  **SUBSTITUTION OF COUNSEL**
       vs.                         )
21                                 )
   CHI MEI OPTOELECTRONICS CORP., et al., )
22                                 )
              Defendants.          )
23 _____ )

24
25
26
27
28
HOWREY LLP

DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL
Case No. C 04-04675 MHP

DM_US\8332527.v1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant CHI MEI OPTOELECTRONICS CORP. ("CMO") hereby substitutes Howrey LLP as its counsel of record in the above-entitled action in place of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP. All communications to CMO should be directed to the following address:

> Teresa M. Corbin
> HOWREY LLP
> 525 Market Street, Suite 3600
> San Francisco, California 94105-2708
> Telephone: (415) 848-4900
> Facsimile: (415) 848-4999
> E-mail: corbint@howrey.com

Dated: April 6, 2006

Howrey LLP

By: _____
    Teresa M. Corbin

I consent to the foregoing substitution.

Dated: April 11, 2006

Chi Mei Optoelectronics Corp.

By: _____
    Robert Chen, Vice President and General Counsel

I consent to the foregoing substitution.

Dated: April 11, 2006

Finnegan, Henderson, Farabow, Garrett & Dunner, LLP

_____
Walter D. DeRosa Jr.

IT IS SO ORDERED
Judge Marilyn H. Patel
April 12, 2006

DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL
Case No. C 04-04675 MHP

HOWREY LLP

DM_US\8332527.v1