Teresa M. Corbin (SBN 132360)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105-2708
Telephone: (415) 848-4900
Facsimile: (415) 848-4999
E-mail: corbint@howrey.com

Christopher A. Mathews (SBN 144021)
HOWREY LLP
550 S. Hope Street, Suite 1100
Los Angeles California, 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
E-mail: mathewsc@howrey.com
E-mail: demingb@howrey.com

Gregory S. Cordrey (SBN 190144)
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910
E-mail: cordreyg@howrey.com

Attorneys for Defendant INTERNATIONAL DISPLAY TECHNOLOGY USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMICONDUCTOR ENERGY LABORATORY CO., LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>CHI MEI OPTOELECTRONICS CORP., et al.,<br><br>Defendants. | Case No. C 04-04675 MHP<br><br>**DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL** |

HOWREY LLP

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Co-Defendant International Display Technology USA, Inc. ("IDTech USA") hereby substitutes Howrey LLP as its counsel of record in the above-entitled action in place of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP. All communications to IDTech USA should be directed to the following address:

Teresa M. Corbin
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105-2708
Telephone: (415) 848-4900
Facsimile: (415) 848-4999
E-mail: corbint@howrey.com

Christopher A. Mathews (SBN 144021)
HOWREY LLP
550 S. Hope Street, Suite 1100
Los Angeles California, 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
E-mail: mathewsc@howrey.com
E-mail: demingb@howrey.com

Robert Unikel
HOWREY LLP
321 North Clark Street, Suite 3400
Chicago, IL 60610
Telephone: (312) 595-1239
Facsimile: (312) 595-2250
E-mail: unikelr@howrey.com

Yuri Mikulka (SBN 185926)
Gregory S. Cordrey (SBN 190144)
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910
E-mail: cordreyg@howrey.com

Dated: April 22, 2006

Howrey LLP

By: _____
Gregory S. Cordrey

I consent to the foregoing substitution.

Dated: April ___, 2006

International Display Technology USA, Inc.

By: _____
Junichi Ishii, President

I consent to the foregoing substitution.

Dated: April 19, 2006

Finnegan, Henderson, Farabow, Garrett & Dunner, LLP

By: _____
Walter D. Davis, Jr.

**IT IS SO ORDERED**
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HOWREY LLP

-0-
DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL
Case No. C 04-04675 MHP