APR 2 4 2006

1  See Counsel List on Next Page
2
3
4                                    E-filing          **FILED**
5                                                      MAY 0 1 2006
6                                                RICHARD W. WIEKING
                                                 CLERK, U.S. DISTRICT COURT
7                                                NORTHERN DISTRICT OF CALIFORNIA

8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                    SAN FRANCISCO DIVISION

11  SEMICONDUCTOR ENERGY          )  CASE NO. C 04-04675 MHP
    LABORATORY CO. LTD.,          )
12                                )  SUPPLEMENTAL CASE MANAGEMENT
                Plaintiff,        )  STATEMENT AND [PROPOSED] ORDER
13                                )
         v.                       )  Date:  May 1, 2006
14                                )  Time:  3:00 p.m.
    CHI MEI OPTOELECTRONICS et al.,)  Ctrm:  15
15                                )  Judge: The Honorable Marilyn Patel
                Defendants.       )
16                                )

CHAMBERS COPY

SUPPLEMENTAL JOINT CASE MANAGEMENT
STATEMENT AND [PROPOSED] ORDER
Case No. C 04-04675 MHP

```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
       Victoria F. Maroulis (Bar No. 202603)
 2     R. Tulloss Delk (Bar No. 229442)
    555 Twin Dolphin Drive, Suite 560
 3  Redwood City, CA 94065
    (650) 801-5000
 4  (650) 801-5100 (Facsimile)
    Email: victoriamaroulis@quinnemanuel.com
 5         tullossdelk@quinnemanuel.com

 6  JENNER & BLOCK LLP
       Donald R. Harris (Admitted Pro Hac Vice)
 7     Stanley A. Schlitter (Admitted Pro Hac Vice)
       Terrence J. Truax (Admitted Pro Hac Vice)
 8     Joseph F. Marinelli (Admitted Pro Hac Vice)
       Stephen M. Geissler (Admitted Pro Hac Vice)
 9     Joseph A. Saltiel (Admitted Pro Hac Vice)
    One IBM Plaza
10  Chicago, IL 60611
    (312) 222-9350
11  (312) 527-0484 (Facsimile)
    Email: dharris@jenner.com
12         sschlitter@jenner.com
           ttruax@jenner.com
13         jmarinelli@jenner.com
           sgeissler@jenner.com
14         jsaltiel@jenner.com

15  Attorneys for Plaintiff Semiconductor Energy Laboratory Co., Ltd.

16  Teresa M. Corbin (SBN 132360)              Yuri Mikulka (SBN 185926)
    HOWREY LLP                                  Gregory S. Cordrey (SBN 190144)
17  525 Market Street, Suite 3600               HOWREY LLP
    San Francisco, California 94105-2708        2020 Main Street, Suite 1000
18  Telephone: (415) 848-4900                   Irvine, California 92614
    Facsimile: (415) 848-4999                   Telephone: (949) 721-6900
19  E-mail: corbint@howrey.com                  Facsimile: (949) 721-6910
                                                 E-mail: mikulkay@howrey.com
20  Christopher A. Mathews (SBN 144021)         E-mail: cordreyg@howrey.com
    Benjamin C. Deming (SBN 233687)
21  HOWREY LLP
    550 S. Hope Street, Suite 1100
22  Los Angeles California, 90071
    Telephone: (213) 892-1800
23  Facsimile: (213) 892-2300
    E-mail: mathewsc@howrey.com
24  E-mail: demingb@howrey.com

25  Attorneys for Defendants
    Chi Mei Optoelectronics Corp.,
26  International Display Technology USA, Inc.,
    International Display Technology Co., Ltd.,
27
28
```

1    Pursuant to Civil L.R. 16-10(d), the parties to the above-entitled action certify that they
2  met and conferred at least 10 days prior to the subsequent case management conference scheduled
3  for May 1, 2006 at 3:00 p.m. and jointly submit this Supplemental Case Management Statement
4  and Proposed Order and request the Court to adopt it as a Supplemental Case Management Order
5  in this case.

## DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS

7    1.    As the Court is aware, this is a patent infringement action brought by
8  Semiconductor Energy Laboratory Co., Ltd. ("SEL") against Chi Mei Optoelectronics Corp.
9  ("CMO"), Westinghouse Digital Electronics, LLC, ("Westinghouse") International Display
10 Technology USA, Inc. ("ID Tech USA"), International Display Technology Co., Ltd. (together
11 with ID Tech USA, "ID Tech"), and CTX Technology Corp ("CTX"). SEL alleges that products
12 made, used, sold, offered for sale, and/or imported into the U.S. by Defendants incorporating LCD
13 modules infringe SEL's United States Patent Nos. 4,691,995; 5,995,189; 6,404,480; and 6,756,258
14 ("the SEL Patents"). The claims of the SEL Patents are directed to LCD devices and the methods
15 used to manufacture LCD devices. CMO, Westinghouse and ID Tech each filed answers denying
16 SEL's allegations. CMO has asserted counterclaims seeking a declaration of non-infringement,
17 invalidity, and unenforceability of the SEL Patents. CTX did not file an answer to SEL's
18 complaint. On July 6, 2005 the Court entered default judgment of infringement and an injunction
19 against CTX.

20   2.    CMO, ID Tech USA and ID Tech have recently retained new counsel, Howrey
21 LLP. Howrey LLP filed a Notice of Substitution of Counsel on April 11, 2006 on behalf of CMO
22 and on April 20, 2006 on behalf of ID Tech USA and ID Tech. Howrey LLP also anticipates
23 substituting in as counsel for Defendant Westinghouse in the near future.

24   3.    The parties' Joint Initial Case Management Statement set dates leading up to the
25 Court's claim construction ruling. On March 24, 2006, the Court issued its Memorandum &
26 Order Re: Claim Construction. The parties therefore jointly submit this Supplemental Case
27 Management Statement to set dates for the remainder of the case leading to trial.
28

4. In light of the substitution of counsel for the defendants, the parties have reached an agreement to extend by ninety days the time set by Patent L.R. 3-6 and 3-8 for service of the final infringement and invalidity contentions and opinion(s) of counsel and related documents and privilege log.

## DISCOVERY

5. The parties have been engaged in discovery, but discovery is not yet complete. In addition to certain deposition discovery that SEL intends to complete, SEL has made numerous discovery requests of CMO to which SEL believes CMO's responses have been deficient. Certain of those issues have been outstanding since July of 2005. At the Court's instruction, SEL propounded additional discovery requests upon CMO, but CMO has not responded to those requests to SEL's satisfaction. SEL was prepared to raise the discovery issues with the Court following issuance of the Court's Memorandum & Order Re: Claim Construction, but SEL reserved doing so until it had an opportunity to discuss the issues with CMO's new counsel. SEL's counsel has raised these discovery issues with CMO's new counsel, and new counsel has represented that they will cooperate in working to promptly resolving those outstanding discovery issues. If the parties are unable to reach a resolution, SEL reserves the right to raise those discovery issues with the Court.

6. CMO's new counsel is diligently working to review the over ninety boxes of documents produced by the parties, numerous depositions, and discovery responses, and to become familiar with the 58 claims being asserted by SEL. Once CMO's new counsel completes this review, CMO may seek leave of court to take additional depositions beyond what is permitted under the federal rules. CMO's review thus far has identified deficient discovery responses on the part of SEL, which CMO will attempt to informally resolve with SEL. If the parties are unable to reach a resolution, CMO reserves the right to raise these discovery issues with the Court.

7. The parties have agreed to the proposed discovery plan and schedule for the case attached hereto as Exhibit A.

SUPPLEMENTAL JOINT CASE MANAGEMENT
STATEMENT AND [PROPOSED] ORDER
(Case No. C 04-04675 MHP)                           - 4 -

## TRIAL SCHEDULE

8. SEL's position is that the case can be ready for trial at the earliest date that is convenient for the court following briefing and argument of dispositive motions. SEL believes that the matter can be tried to conclusion within five to ten trial days.

9. CMO believes that the earliest date that the case can be ready for trial is ninety days following the hearing on the dispositive motions. CMO believes that the trial will require approximately fifteen days, assuming that the number of asserted claims is reduced before trial.

## ALTERNATIVE DISPUTE RESOLUTION

10. SEL and the non-CTX Defendants have stipulated to retaining a private attorney or retired judge to conduct mediation and are considering the most appropriate plan for doing so.

The electronic filer attests that the individuals whose names appear below have signed this document. See General Order 45, Section X.

Dated: April 21, 2006

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

JENNER & BLOCK LLP

By _____/s/ Terrence J. Truax_____

Attorneys for Plaintiff Semiconductor Energy Laboratory, Co., Ltd.

Dated: April 21, 2006

HOWREY LLP

By _____/s/ Teresa M. Corbin_____

Attorneys for Defendants Chi Mei Optoelectronics Corp., International Display Technology USA, Inc., and International Display Technology Co., Ltd.

## CASE MANAGEMENT ORDER

The Supplemental Case Management Statement and [Proposed] Order is hereby adopted by the Court as the Supplemental Case Management Order for the case, and the parties are ordered to comply with this Order.

IT IS SO ORDERED.

Dated: May 1, 2006

_____
The Honorable Marilyn H. Patel
United States District Court Judge

SUPPLEMENTAL JOINT CASE MANAGEMENT
STATEMENT AND [PROPOSED] ORDER
(Case No. C 04-04675 MHP)                - 6 -

# EXHIBIT A

| | Proposed Case Schedule |
|---|---|
| **Date** | **Action** |
| July 25, 2006 | Last day for SEL to serve any Pat. L. R. 3-6 Final Infringement Contentions |
| August 14, 2006 | Last day for Defendants to serve any Pat. L. R. 3-6 Final Invalidity Contentions |
| August 14, 2006 | Last day for Defendant to serve any opinions of counsel and documents and any privilege log pursuant to Pat. L. R. 3-8. |
| September 15, 2006 | Completion of all fact discovery |
| October 16, 2006 | Opening expert reports due |
| November 14, 2006 | Rebuttal expert reports due |
| December 18, 2006 | Completion of all expert deposition discovery |
| January 22, 2007 | Last day to file dispositive motions |
| February 19, 2007 | Last day to file Responsive briefs on dispositive motions due |
| March 12, 2007 | Last day to file Reply briefs on dispositive motions due |
| ~~At the Court's discretion~~ April 18, 2007 | ~~Last~~ day to have arguments on dispositive motions heard |
| ~~At the Court's discretion~~ | Trial — June 26, 2007. |