1  SEE COUNSEL OF RECORD
   ON SIGNATURE PAGE
2
3
4
5
6
7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10 SEMICONDUCTOR ENERGY LABORATORY  ) Case No. C 04-04675 MHP
   CO., LTD.                        )
11                                  )
            Plaintiff,              ) **STIPULATION AND [PROPOSED] ORDER**
12                                  ) **COMPELLING PRODUCTION OF UN-**
        vs.                         ) **REDACTED LICENSE AGREEMENTS;**
13                                  ) **RESPONSES TO INTERROGATORIES;**
   CHI MEI OPTOELECTRONICS CORP., et al., ) **AND CONTACT WITH NAMED**
14                                  ) **INVENTORS ON PATENTS-IN-SUIT**
            Defendants.             )
15 _____ )

16
17
18
19
20
21
22
23
24
25
26
27
28

HOWREY LLP

-1-

STIPULATION AND [PROPOSED] DISCOVERY ORDER
Case No. C 04-04675 MHP

1  The parties through their respective counsel hereby stipulate as follows:

2  1.  Plaintiff Semiconductor Energy Laboratory Co., Ltd. ("SEL") and defendant Chi Mei Optoelectronics Corp, ("CMO"), having presented the following issues to the Court in a telephonic discovery conference on June 20, 2006, do consent to entry by the Court of the attached Proposed Order.

The electronic filer hereby attests that the individual whose name appears below has signed this document. *See* General Order 45, Section X.

Respectfully submitted,

Dated: June 23, 2006                                           HOWREY LLP

                                               By:    /s/ Robert W. Unikel
                                                      Teresa M. Corbin
                                                      Christopher A. Mathews
                                                      Robert W. Unikel
                                                      Yuri Mikulka
                                                      Gregory S. Cordrey
                                                      Attorneys for Defendants
                                                      Chi Mei Optoelectronics Corp.

Dated: June 23, 2006                                           JENNER & BLOCK LLP

                                               By:    /s/ John E. Titus
                                                      Stanley A. Schlitter
                                                      Terrence J. Truax
                                                      John E. Titus
                                                      Attorneys for Plaintiff
                                                      Semiconductor Energy Laboratory Co., Ltd.

[PROPOSED] ORDER

The Court, having considered the discovery issues presented by the parties, Defendant Chi Mei Optoelectronics Corp. ("CMO") and Plaintiff Semiconductor Energy Laboratory Co., Ltd. ("SEL"), during the June 20, 2006 telephonic discovery conference, it is HEREBY ORDERED:

1.  On or before July 21, 2006, SEL shall produce un-redacted license agreements between SEL and the following entities:

    a.  Sanyo Electric Co. Ltd.
    b.  Hitachi, Ltd.
    c.  Toshiba Corporation
    d.  Samsung
    e.  Fujitsu
    f.  LG Electronics, Inc.
    g.  Sony Corporation
    h.  Matsushita Electric Industrial Co., Ltd.
    i.  Koninklijke Philips Electronics, N.V.
    j.  Sharp Corporation

The un-redacted licenses shall be designated "Highly Confidential-Attorneys' Eyes Only" pursuant to the protective order entered into this case.

2.  On or before June 30, 2006, CMO shall provide supplemental responses to SEL's Interrogatory Nos. 3-6. CMO's responses to SEL Interrogatory Nos. 3-6 shall not be deemed or used as admissions (a) regarding particular attributes of CMO's modules with the precision required to establish infringement or invalidity, or (b) of CMO's understanding of the specific terms and/or features called out in SEL's interrogatories, or (c) regarding any models subject to damages calculations.

3.  SEL shall not be required to answer CMO's Interrogatory No. 5 at this time. However, within 30 (thirty) days of entry of this Order, SEL shall attempt to contact all inventors named on the patents-in-suit who are not currently employed by SEL and persuade them, if possible, to make themselves available for depositions either in Japan (or in the United States, if possible). Should any

1  of the inventors not make themselves available, CMO shall be entitled, with respect to the information
2  sought by Interrogatory No. 5, in any affirmative motion or opposition to any motion, to explain in a
3  declaration how the lack of such information hampers CMO's efforts to either bring the motion or
4  properly respond to the motion.

7  IT IS SO ORDERED:
8  Dated: June 27, 2006

9  Honorable
   Judge, Judge Marilyn H. Patel

   IT IS SO ORDERED

HOWREY LLP

-4-

STIPULATION AND [PROPOSED] DISCOVERY ORDER
Case No. C 04-04675 MHP