```
 1  Teresa M. Corbin (SBN 132360)
    HOWREY LLP
 2  525 Market Street, Suite 3600
    San Francisco, California 94105-2708
 3  Telephone: (415) 848-4900
    Facsimile: (415) 848-4999
 4  E-mail: corbint@howrey.com

 5  Christopher A. Mathews (SBN 144021)
    Benjamin C. Deming (SBN 233687)
 6  HOWREY LLP
    550 S. Hope Street, Suite 1100
 7  Los Angeles California, 90071
    Telephone: (213) 892-1800
 8  Facsimile: (213) 892-2300
    E-mail: mathewsc@howrey.com
 9  E-mail: demingb@howrey.com

10  Yuri Mikulka (SBN 185926)
    Gregory S. Cordrey (SBN 190144)
11  HOWREY LLP
    2020 Main Street, Suite 1000
12  Irvine, California 92614
    Telephone: (949) 721-6900
13  Facsimile: (949) 721-6910
    E-mail: mikulkay@howrey.com
14  E-mail: cordreyg@howrey.com

15  Attorneys for Defendant CHI MEI
    OPTOELECTRONICS CORP.
```

RECEIVED
06 JUL -6 AM 10:38
CLERK...

FILED
JUL 1 0 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMICONDUCTOR ENERGY LABORATORY CO., LTD.,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHI MEI OPTOELECTRONICS CORP., et al.,<br><br>    Defendant. | Case No. C 04-04675 MHP<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF DANIEL X. YAN *PRO HAC VICE* |

Daniel X. Yan, an active member in good standing of the Bar of the District of Columbia, whose business address and telephone number is Howrey LLP, 525 Market Street, Suite 3600, San

1  Francisco, CA 94105, telephone: 415-848-4900, facsimile: 415-848-4999, email: yand@howrey.com,
2  having applied in the above-entitled related actions for admission to practice in the Northern District of
3  California on a *pro hac vice* basis, representing Chi Mei Optoelectronics Corp.,
4      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
5  conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac*
6  *vice*. Service papers upon and communication with co-counsel designated in the application will
7  constitute notice to the party. All future filings in this action are subject to the requirements contained
8  in General Order No. 45, *Electronic Case Filing*.

9  Dated: _____7/7/06_____

10                                  The Honorable Marilyn H. Patel
11                                  United States District Judge

HOWREY LLP

[PROPOSED] ORDER GRANTING APPL. FOR ADMISSION OF     -2-
DANIEL X. YAN PRO HAC VICE
CASE NO. C 04-04675 MHP