**FILED**

AUG 2 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  SEE COUNSEL OF RECORD
   ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMICONDUCTOR ENERGY LABORATORY CO., LTD. | Case No. C 04-04675 MHP |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER COMPELLING PRODUCTION OF UN-REDACTED LICENSE AGREEMENTS** |
| vs. | |
| CHI MEI OPTOELECTRONICS CORP., et al., | |
| Defendants. | |

The parties through their respective counsel hereby stipulate as follows:

1. Plaintiff Semiconductor Energy Laboratory Co., Ltd. ("SEL") has alleged defendants' products infringe certain U.S. Patents, which may be the subject of certain license agreements between SEL and various third parties.

2. SEL's license agreements contain confidential and proprietary information of SEL and various third parties and are subject to confidentiality provisions in the agreements.

3. Defendant Chi Mei Optoelectronics Corp. ("CMO") has entered into certain license agreements that are responsive to discovery requests, which contain confidential and proprietary information, subject to confidentiality provisions in the agreements.

4. On July 25, 2005 the Court ordered SEL to produce to CMO all "non-privileged documents relating to license agreements covering the patents-in-suit, provided that (i) such production shall be subject to the provisions of the Stipulated Protective Order governing the production of confidential information in this action, and (ii) SEL shall be permitted to redact from any document identifying characteristics relating to the parties to any such license agreement, other than SEL."

5. Subsequently, on June 27, 2006, the Court ordered SEL to produce license agreements between SEL and a limited number of SEL licensees, which had previously been produced with redactions, in unredacted form.

6. The parties in this action ("the Parties") now believe it is necessary to produce any license agreements and related documents, which were previously produced in redacted form, without redactions, except as such redactions do not relate to the technology covered by the patents-in-suit.

7. IT IS NOW HEREBY STIPULATED AND AGREED, by the Parties, through their counsel, as follows:

(a) to produce license agreements and related documents, which were previously produced in redacted form, without redactions, except as such redactions do not relate to the technology covered by the patents-in-suit;

1     (b)    that any license agreements and related documents that the Parties produce in the future in this litigation shall be produced without redactions, except as such redactions do not relate to the technology covered by the patents-in-suit, unless otherwise agreed upon by the Parties; and

    (c)    that all such documents shall be designated "Highly Confidential--Attorneys' Eyes Only" and be produced subject to the attached [Proposed] Order and the Stipulated Protective Order in this action.

The electronic filer hereby attests that the individual whose name appears below has signed this document. *See* General Order 45, Section X.

Respectfully submitted,

Dated: August 8, 2006

HOWREY LLP

By: /s/ *[signature]*
Teresa M. Corbin
Christopher A. Mathews
Robert W. Unikel
Yuri Mikulka
Gregory S. Cordrey
Attorneys for Defendants
Chi Mei Optoelectronics Corp.
International Display Technology Co., Ltd.
International Display Technology USA, Inc.
Westinghouse Digital Electronics, LLC

Dated: August 8, 2006

JENNER & BLOCK LLP

By: /s/
Stanley A. Schlitter
Terrence J. Truax
John E. Titus
Attorneys for Plaintiff
Semiconductor Energy Laboratory Co., Ltd.

**[PROPOSED] ORDER**

The Court, having considered the discovery issues presented by the parties, Defendants Chi Mei Optoelectronics Corp. ("CMO"), International Display Technology Co., Ltd., International Display Technology Display USA, Inc., Westinghouse Digital Electronics LLC and Plaintiff Semiconductor Energy Laboratory Co., Ltd. ("SEL") (collectively "the Parties") it is HEREBY ORDERED:

1. On or before September 8, 2006, SEL shall produce to CMO, subject to SEL's objections, unredacted versions of license agreements and related documents previously produced in redacted form, except as such redactions do not relate to the technology covered by the patents-in-suit. All such documents shall be designated "Highly Confidential--Attorneys' Eyes Only" and be produced subject to this Order and the Stipulated Protective Order in this case;

2. On or before September 8, 2006, CMO shall produce to SEL, subject to objections, unredacted versions of the relevant licensing agreements that are responsive to SEL's discovery requests. All such documents shall be designated "Highly Confidential--Attorneys' Eyes Only" and be produced subject to this Order and the Stipulated Protective Order in this case;

3. Any license agreements and related documents that the Parties produce in the future in this litigation, to the extent necessary to comply with discovery requests, shall be produced without redactions, except as such redactions do not relate to the technology covered by the patents-in-suit, unless otherwise agreed upon by the Parties. All such documents shall be designated "Highly Confidential--Attorneys' Eyes Only" and be produced subject to this Order and the Stipulated Protective Order in this case;

4. Before producing the unredacted documents, the Parties shall send notice of this Order to the third parties with which they have entered into licensing agreements that are responsive to discovery requests in this action, and the terms of which require consent or court order prior to any disclosure or production. The Parties shall advise those third parties that, should they wish to object to the production or disclosure of the documents or information contained therein, they shall provide that objection in writing to counsel for the Parties by August 28, 2006. At that time, at the request of the

Parties, the Court will schedule a telephonic conference to consider any such objections.

IT IS SO ORDERED:

Dated: 8/21/06

Honorable Marilyn H. Patel
Judge, United States District Court