See Counsel List on Next Page

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMICONDUCTOR ENERGY LABORATORY CO., LTD.,<br><br>Plaintiff,<br>vs.<br>CHI MEI OPTOELECTRONICS CORP., WESTINGHOUSE DIGITAL ELECTRONICS LLC, INTERNATIONAL DISPLAY TECHNOLOGY CO., LTD., AND INTERNATIONAL DISPLAY TECHNOLOGY USA, INC.,<br><br>Defendants. | **CASE NO.  C 04-4675 MHP**<br><br>**RULE 41 STIPULATION OF DISMISSAL** |
| CHI MEI OPTOELECTRONICS CORP., WESTINGHOUSE DIGITAL ELECTRONICS LLC, INTERNATIONAL DISPLAY TECHNOLOGY CO., LTD., AND INTERNATIONAL DISPLAY TECHNOLOGY USA, INC.,<br><br>Counterclaim Plaintiffs,<br>vs.<br>SEMICONDUCTOR ENERGY LABORATORY CO., LTD.,<br><br>Counterclaim Defendant. | |

| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| |   Victoria F. Maroulis (Bar No. 202603) |
| 2 |   R. Tulloss Delk (Bar No. 229442) |
| | 555 Twin Dolphin Drive, Suite 560 |
| 3 | Redwood City, CA  94065 |
| | (650) 620-4500 |
| 4 | (650) 620-4555 (Facsimile) |
| | Email: victoriamaroulis@quinnemanuel.com |
| 5 |       tullossdelk@quinnemanuel.com |
| 6 | JENNER & BLOCK LLP |
| |   Donald R. Harris (Admitted *Pro Hac Vice*) |
| 7 |   Stanley A. Schlitter (Admitted *Pro Hac Vice*) |
| |   Terrence J. Truax (Admitted *Pro Hac Vice*) |
| 8 |   John E. Titus (Admitted *Pro Hac Vice*) |
| | One IBM Plaza |
| 9 | Chicago, IL  60611 |
| | (312) 222-9350 |
| 10 | (312) 527-0484 (Facsimile) |
| | Email:  dharris@jenner.com |
| 11 |       sschlitter@jenner.com |
| |       ttruax@jenner.com |
| 12 |       jtitus@jenner.com |
| 13 | Attorneys for Plaintiff and Counterclaim Defendant |
| 14 | Semiconductor Energy Laboratory Co., Ltd. |

| | |
|---|---|
| 1 | Teresa Corbin (SBN 132360) |
| 2 | HOWREY LLP<br>525 Market Street, Suite 3600 |
| 3 | San Francisco, CA 94105<br>Telephone: (415) 848-4900 |
| 4 | Facsimile: (415) 848-4999<br>E-mail: corbint@howrey.com |
| 5 | |
| 6 | Christopher A. Mathews (SBN 144021)<br>Benjamin C. Deming (SBN 233687) |
| 7 | HOWREY LLP<br>550 S. Hope Street, Suite 1100 |
| 8 | Los Angeles, California 90071<br>Telephone: (213) 892-1800 |
| 9 | Facsimile: )213) 892-2300<br>E-mail: mathewsc@howrey.com |
| 10 | E-mail: demingb@howrey.com |
| 11 | |
| 12 | Yuri Mikulka (SBN 185926)<br>Gregory S. Cordrey (SBN 190144) |
| 13 | HOWREY LLP<br>2020 Main Street, Suite 1000 |
| 14 | Irvine, California 92614<br>Telephone: (949) 721-6900 |
| 15 | Facsimile: (949) 721-6910<br>E-mail: mikulkay@howrey.com |
| 16 | E-mail: cordreyg@howrey.com |
| 17 | Robert W. Unikel (*Admitted pro hac vice*) |
| 18 | HOWREY LLP<br>321 North Clark Street, Suite 3400 |
| 19 | Chicago, IL 60610<br>Telephone: (312) 595-1239 |
| 20 | Facsimile: (312) 595-2250<br>E-mail: unikelr@howrey.com |
| 21 | |
| 22 | Attorneys for Defendants and Counterclaim Plaintiffs<br>Chi Mei Optoelectronics Corp., |
| 23 | Westinghouse Digital Electronics LLC,<br>International Display Technology Co., Ltd., and |
| 24 | International Display Technology USA, Inc. |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby
2  stipulate that all claims and defenses in the above-referenced action with respect to U.S. Patent
3  No. 5,995,189, including all claims asserted in any complaint or counterclaims filed by any of the
4  parties to this Stipulation in the above-captioned action shall be dismissed with prejudice.  The
5  parties further stipulate that, should Plaintiff (or any other party) ever assert any claim against any
6  Defendant based on U.S. Patent No. 5,995,189, Defendants shall be permitted and have the right
7  to raise and pursue all possible defenses or counterclaims (including, but not limited to, those
8  asserted in the above-captioned action).  Each party shall bear its own fees and costs.

Dated: August 9, 2006            QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

JENNER & BLOCK LLP

By: _____/s/_____
    Terrence J. Truax
    Attorneys for Plaintiff Semiconductor Energy
    Laboratory Co., Ltd.

Dated: August 8, 2006            HOWREY LLP

By: _____/s/_____
    Robert W. Unikel
    Yuri Mikulka
    Attorneys for Defendants Chi Mei
    Optoelectronics Corp., Westinghouse Digital
    Electronics LLC, International Display
    Technology Co., Ltd., and International Display
    Technology USA, Inc.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

August 28, 2006

IT IS SO ORDERED

Judge Marilyn H. Patel

- 4 -

RULE 41 STIPULATION OF DISMISSAL
C-04-4675 MHP