1  SEE COUNSEL OF RECORD
2  ON SIGNATURE PAGE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEMICONDUCTOR ENERGY LABORATORY CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> CHI MEI OPTOELECTRONICS CORP., INTERNATIONAL DISPLAY TECHNOLOGY CO., LTD., INTERNATIONAL DISPLAY TECHNOLOGY USA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC and CTX TECHNOLOGY CORP., <br><br> Defendants. | CASE NO. C04-04675 MHP <br><br> **STIPULATION AND [PROPOSED] ORDER COMPELLING PRODUCTION OF KNOW-HOW AND AGREEMENTS OF SHAREHOLDERS** |

**STIPULATION AND [PROPOSED] ORDER COMPELLING PRODUCTION OF KNOW-HOW AND AGREEMENTS OF SHAREHOLDERS**
Case No. C04-04675 MHP
DM_US\8382337

The parties through their respective counsel hereby stipulate as follows:

1. Plaintiff, Semiconductor Energy Laboratory Co., Ltd. ("SEL") has alleged defendants' products infringe certain U.S. patents, which may be the subject of certain license agreement between SEL and various third parties.

2. Defendants Chi Mei Optoelectronics Corp., International Display Technology Co., Ltd., International Display Technology USA, Ltd., and Westinghouse Digital Electronics, LLC deny such allegations.

3. SEL has entered into certain technical assistance, technical transfer and know-how agreements related to TFT-LCD technology ("Know-How Agreements") with certain third parties.

4. SEL has entered into certain agreements, including but not limited to licensing agreements, technical transfer, assistance or know-how agreements, joint development agreements, and investor or shareholder agreements, with certain shareholders/investors of SEL which also are licensees of SEL for TFT-LCD technology ("Agreements of Shareholders").

5. These agreements are responsive to discovery requests in this action, contain confidential and proprietary information of SEL and various third parties, and are subject to confidentiality provisions in the agreements.

3. The parties in this action ("the Parties") now believe it is necessary to produce the Know-How Agreements and Agreements of Shareholders, without redactions.

4. IT IS NOW HEREBY STIPULATED AND AGREED, by the Parties, through their counsel, as follows:

    a. to produce Know-How Agreements and Agreements of Shareholders, without redactions;

    b. that any such agreements produced in the future in this litigation shall be produced without redactions, unless otherwise agreed upon by the Parties; and

    c. that all such documents shall be designed "Highly Confidential -- Attorneys' Eyes Only" and be produced subject to the attached [Proposed] Order and the Stipulated Protective Order in this action.

- 1 -

**STIPULATION AND [PROPOSED] ORDER COMPELLING PRODUCTION OF KNOW-HOW AND AGREEMENTS OF SHAREHOLDERS**
Case No. C04-04675 MHP
DM_US\8382337

1 | The electronic filer hereby attests that the individual whose name appears below has signed this
2 | document.  *See* General Order 45, Section X.

3

Respectfully submitted,

4    Dated:  August 29, 2006

Victoria F. Maroulis
R. Tulloss Delk
**QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP**

Donald R. Harris
Stanley A. Schlitter
Terrence J. Truax
John E. Titus
**JENNER & BLOCK LLP**

By:   /s/ Terrence J. Truax_____

Attorneys for Plaintiff Semiconductor
Energy Laboratory Co., Ltd.

Teresa M. Corbin
Christopher A. Mathews
Robert W. Unikel
Yuri Mikulka
Gregory S. Cordrey
**HOWREY LLP**

By:   /s/ Yuri Mikulka_____
Attorneys for Defendants
Chi Mei Optoelectronics Corp.
International Display Technology Co., Ltd.
International Display Technology USA, Ltd.
Westinghouse Digital Electronics, LLC

- 2 -

**STIPULATION AND [PROPOSED] ORDER COMPELLING PRODUCTION OF KNOW-HOW AND AGREEMENTS OF SHAREHOLDERS**
Case No. C04-04675 MHP
DM_US\8382337

1  **[PROPOSED] ORDER**

The Court, having considered the discovery issues presented by the parties, Defendants, Chi Mei Optoelectronics Corp. ("CMO"), International Display Technology Co., Ltd., International Display Technology Display USA, Inc., Westinghouse Digital Electronics LLC, and Plaintiff, Semiconductor Energy Laboratory Co., Ltd. ("SEL") (collectively "the Parties") it is HEREBY ORDERED:

1. On or before September 13, 2006, SEL shall produce to CMO, subject to SEL's objections, unredacted versions of Know-How Agreements and Agreements of Shareholders, as defined in the Stipulation between the Parties. All such documents shall be designated "Highly Confidential -- Attorneys' Eyes Only" and be produced subject to this Order and the Stipulated Protective Order in this case;

2.. Before producing the documents covered by paragraph 1, SEL shall send notice of the Stipulation related to this Order to the third parties with which they have entered into the relevant Know-How Agreements and Agreements of Shareholders by the Stipulation and Order. The Parties shall advise those third parties that, should they wish to object to the production or disclosure of the documents or information contained therein, they shall provide that objection in writing to counsel for the Parties by September 8, 2006. At that time, at the request of the Parties, the Court will schedule a telephonic conference to consider any such objections.

**IT IS SO ORDERED:**

Dated: August 30, 2006



Honorable Marilyn H. Patel
Judge,

- 3 -

STIPULATION AND [PROPOSED] ORDER COMPELLING PRODUCTION OF KNOW-HOW AND AGREEMENTS OF SHAREHOLDERS
Case No. C04-04675 MHP
DM_US\8382337