UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEMICONDUCTOR ENERGY
LABORATORY CO., LTD.,

        Plaintiff,

  v.

CHI MEI OPTOELECTRONICS CORP., et al.,

        Defendants.
        /

No. C 04-04675 MHP

**MEMORANDUM & ORDER**
Re: Plaintiff's Motion to Enlarge Time

    On December 5, 2006, plaintiff "reluctantly" filed a Motion to Enlarge Time pursuant to Civil L.R. 6-3 based on the parties' inability to reach an agreement regarding the deadline for plaintiff's response to defendants' motions for summary judgment. Without reaching the merits of plaintiff's argument, the court reluctantly DENIES plaintiff's motion on the grounds that the parties should be able to work out a briefing schedule among themselves without the court's assistance.

    IT IS SO ORDERED.

Dated:   12/12/06

                                                            _____
                                                            MARILYN HALL PATEL
                                                            United States District Judge
                                                            Northern District of California