1  Teresa M. Corbin (SBN 132360)
   Henry Bunsow (SBN 60707)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, California  94105
   Telephone:  (415) 848-4900
4  Facsimile:  (415) 848-4999
   Email: corbint@howrey.com
5

6  Attorneys for Defendant CHI MEI
   OPTOELECTRONICS CORP., et al.
7

8  Donald R. Harris (*Admitted Pro Hac Vice*)
   Barbara S. Steiner (*pro hac vice pending*)
9  Stanley A. Schlitter (*Admitted Pro Hac Vice*)
   Terrence J. Truax (*Admitted Pro Hac Vice*)
10 John E. Titus (*Admitted Pro Hac Vice*)
   JENNER & BLOCK LLP
11 330 North Wabash Avenue
12 Chicago, IL 60611
   Telephone: (312) 222-9350
13 Facsimile: (312) 527-0484
   Email: dharris@jenner.com
14 Email: sschlitter@jenner.com
   Email: ttruax@jenner.com
15 Email: jtitus@jenner.com

16
   Attorneys for Plaintiff SEMICONDUCTOR
17 ENERGY LABORATORY CO., LTD.

18 [Additional counsel listed on last page.]

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21
   SEMICONDUCTOR ENERGY LABORATORY   )   Case No. C 04-04675 MHP
22 CO., LTD.,                        )
                                     )   **JOINT STIPULATION AND [PROPOSED]**
23            Plaintiff,             )   **ORDER SETTING PRETRIAL DATES**
                                     )
24       vs.                         )   **Trial:  presently scheduled for June 26, 2007**
                                     )
25 CHI MEI OPTOELECTRONICS CORP., et al.,  )
                                     )
26            Defendants.            )
                                     )
27

28

**HOWREY LLP**

1   Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 16-10, Defendants Chi Mei

2   Optoelectronics Corp., International Display Technology Co., Ltd, International Display Technology

3   USA, Inc., and Westinghouse Digital Electronics, LLC and Plaintiff Semiconductor Energy

4   Laboratory Co., Ltd., respectfully request this Court to enter dates for pretrial filings and conferences.

5   This Court has not previously issued an order in this case setting these pretrial dates.  Accordingly, the

6   parties propose that the Court modify the May 1, 2006 pretrial order as follows:

7

| Date | Event | Governing Rule |
|------|-------|----------------|
| May 25, 2007 | Parties shall exchange:<br>• exhibit and witness lists;<br>• requested voir dire questions, jury instructions, and forms of verdict;<br>• proposed deposition excerpts, written discovery responses and responses to requests to admit to be offered at the trial other than for impeachment or rebuttal; and<br>• proposed stipulations, including a statement of undisputed facts. | FRCivP 16 & L.R. 16-10(b) |
| June 5, 2007 | Parties shall exchange:<br>• objections to receipt into evidence of any proposed testimony, deposition excerpt, written discovery response, response to request to admit or exhibit;<br>• objections to requested voir dire questions, jury instructions, and forms of verdict;<br>• deposition counter-designations; and<br>• objections to proposed stipulations and statement of undisputed facts. | FRCivP 16 & L.R. 16-10(b) |

8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25  26  27  28

HOWREY LLP

| | | |
|---|---|---|
| June 11, 2007 | Parties to file with the Court a joint final pretrial conference statement and proposed order, which shall include: <br><br> • exhibit and witness lists; <br><br> • requested voir dire questions, jury instructions, and forms of verdict; <br><br> • deposition excerpts and written discovery responses to be offered at the trial other than for impeachment or rebuttal; <br><br> • joint stipulations, including a statement of undisputed facts; and <br><br> • any objections to the items listed in the first three bullet points. | FRCivP 16 & L.R. 16-10(b) |
| June 11, 2007 | Parties to file motions in limine and Daubert motions | Civil LR 16-10(b)(8) |
| June 20, 2007, 2:30 pm | Final Pretrial Conference | FRCivP 16 & Civil L.R. 16-10(b)(12) |
| July 10, 2007 | Trial Begins | |

Alternatively, should the need arise for a bench trial on inequitable conduct, and the Court elects to bifurcate the bench trial from the jury trial on remaining issues, the parties respectfully request the Court to set the bench trial to begin on July 5, 2007, with the jury trial to begin thereafter, on July 10, 2007, or on a date this Court directs.

The electronic filer hereby attests that the individuals whose names appear below have signed this document. *See* General Order 45, Section X.

//
//
//
//
//
//
//

HOWREY LLP

Case No.  C 04-04675 MHP
Joint Stipulation and [Proposed] Order
Setting Pretrial Dates

1  Respectfully Submitted,

2  Dated:  May 3, 2007            HOWREY LLP

3
                                 By: _____ /s/ *Yuri Mikulka* _____
4                                        Yuri Mikulka
                                 Attorneys for Defendants
5                                CHI MEI OPTOELECTRONICS CORP., INTERNATIONAL
                                 DISPLAY TECHNOLOGY CO., LTD, INTERNATIONAL
6                                DISPLAY TECHNOLOGY USA, INC., WESTINGHOUSE
7                                DIGITAL ELECTRONICS, LLC

8  Dated:  May 3, 2007            JENNER & BLOCK LLP

9
                                 By: _____ /s/ *Stanley Schlitter* _____
10                                       Stanley Schlitter
                                 Attorneys for Plaintiff
11                               SEMICONDUCTORY ENERGY LABORATORY CO., LTD.

12
   [Additional counsel continued from caption page.]
13  Attorneys for Defendants Chi Mei              Attorneys for Plaintiff Semiconductor Energy
    Optoelectronics Corp., et al.                 Laboratory Co., Ltd.
14
    Benjamin C. Deming (SBN 233687)               Victoria F. Maroulis (SBN 202603)
15  HOWREY LLP                                    R. Tulloss Delk (SBN 229442)
    550 South Hope Street, Suite 1100             QUINN EMANUEL URQUHART OLIVER &
16  Los Angeles, California  90071                HEDGES, LLP
    Telephone:  (213) 892-1800                    555 Twin Dolphin Drive, Suite 560
17  Facsimile:  (213) 892-2300                    Redwood City, CA 94065
    Email: mathewsc@howrey.com                    Telephone: (650) 620-4500
18  Email: demingb@howrey.com                     Facsimile: (650) 620-4555
                                                  Email: victoriamaroulis@quinnemanuel.com
19  Yuri Mikulka (SBN 185926)                     Email: tullossdelk@quinnemanuel.com
    Gregory S. Cordrey (SBN 190144)
20  HOWREY LLP                                    Donald R. Harris (*Admitted Pro Hac Vice*)
    2020 Main Street, Suite 1000                  Barbara S. Steiner (*Pro Hac Vice Pending*)
21  Irvine, California  92614                     Stanley A. Schlitter (*Admitted Pro Hac Vice*)
    Telephone:  (949) 721-6900                    Terrence J. Truax (*Admitted Pro Hac Vice*)
22  Facsimile:  (949) 721-6910                    John E. Titus (*Admitted Pro Hac Vice*)
    Email: mikulkay@howrey.com                    JENNER & BLOCK LLP
23  Email: cordreyg@howrey.com                    330 North Wabash Avenue
                                                  Chicago, IL 60611
24  Robert W. Unikel (Admitted *pro hac vice*)    Telephone: (312) 222-9350
    HOWREY LLP                                    Facsimile: (312) 527-0484
25  321 North Clark Street, Suite 3400            Email: dharris@jenner.com
    Chicago, IL  60610                            Email: sschlitter@jenner.com
26  Telephone:  (312) 595-1239                    Email: ttruax@jenner.com
    Facsimile:  (312) 595-2250                    Email: jtitus@jenner.com
27  Email: unikelr@howrey.com

28

HOWREY LLP

                                   -3-              Case No.  C 04-04675 MHP
                                                   Joint Stipulation and [Proposed] Order
                                                   Setting Pretrial Dates

1

# [PROPOSED] ORDER

2     The Court, having considered the issues presented by the parties, Defendants Chi Mei

3  Optoelectronics Corp., International Display Technology Co., Ltd, International Display Technology

4  USA, Inc., and Westinghouse Digital Electronics, LLC and Plaintiff Semiconductor Energy

5  Laboratory Co., Ltd. it is **HEREBY ORDERED** that the May 1, 2006 pretrial order be modified as

6  follows:

7

| Date | Event | Governing Rule |
|------|-------|----------------|
| May 25, 2007 | Parties shall exchange:<br><br>• exhibit and witness lists;<br><br>• requested voir dire questions, jury instructions, and forms of verdict;<br><br>• proposed deposition excerpts, written discovery responses and responses to requests to admit to be offered at the trial other than for impeachment or rebuttal; and<br><br>• proposed stipulations, including a statement of undisputed facts. | FRCivP 16 & L.R. 16-10(b) |
| June 5, 2007 | Parties shall exchange:<br><br>• objections to receipt into evidence of any proposed testimony, deposition excerpt, written discovery response, response to request to admit or exhibit;<br><br>• objections to requested voir dire questions, jury instructions, and forms of verdict;<br><br>• deposition counter-designations; and<br><br>• objections to proposed stipulations and statement of undisputed facts. | FRCivP 16 & L.R. 16-10(b) |

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**HOWREY LLP**

Case No.  C 04-04675 MHP
Joint Stipulation and [Proposed] Order
Setting Pretrial Dates

| | | |
|---|---|---|
| June 11, 2007 | Parties to file with the Court a joint final pretrial conference statement and proposed order, which shall include:<br><br>• exhibit and witness lists;<br><br>• requested voir dire questions, jury instructions, and forms of verdict;<br><br>• deposition excerpts and written discovery responses to be offered at the trial other than for impeachment or rebuttal;<br><br>• joint stipulations, including a statement of undisputed facts; and<br><br>• any objections to the items listed in the first three bullet points. | FRCivP 16 & L.R. 16-10(b) |
| June 11, 2007 | Parties to file motions in limine and Daubert motions | Civil LR 16-10(b)(8) |
| June 20, 2007, 2:30 pm | Final Pretrial Conference | FRCivP 16 & Civil L.R. 16-10(b)(12) |
| July 10, 2007 | Trial Begins | |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:  May 9, 2007                    By:_____

IT IS SO ORDERED

UNITED STATES DISTRICT JUDGE

Judge Marilyn H. Patel

Case No.  C 04-04675 MHP
Joint Stipulation and [Proposed] Order
Setting Pretrial Dates

HOWREY LLP