See Counsel List on Next Page

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMICONDUCTOR ENERGY LABORATORY CO., LTD.,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHI MEI OPTOELECTRONICS CORP., WESTINGHOUSE DIGITAL ELECTRONICS LLC, INTERNATIONAL DISPLAY TECHNOLOGY CO., LTD., AND INTERNATIONAL DISPLAY TECHNOLOGY USA, INC.,<br><br>    Defendants. | **CASE NO. C 04-4675 MHP**<br><br>**RULE 41 STIPULATION OF DISMISSAL** |
| CHI MEI OPTOELECTRONICS CORP., WESTINGHOUSE DIGITAL ELECTRONICS LLC, INTERNATIONAL DISPLAY TECHNOLOGY CO., LTD., AND INTERNATIONAL DISPLAY TECHNOLOGY USA, INC.,<br><br>    Counterclaim Plaintiffs,<br><br>    vs.<br><br>SEMICONDUCTOR ENERGY LABORATORY CO., LTD.,<br><br>    Counterclaim Defendant. | |

| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| | Victoria F. Maroulis (Bar No. 202603) |
| 2 | R. Tulloss Delk (Bar No. 229442) |
| | 555 Twin Dolphin Drive, Suite 560 |
| 3 | Redwood City, CA  94065 |
| | (650) 620-4500 |
| 4 | (650) 620-4555 (Facsimile) |
| | Email: victoriamaroulis@quinnemanuel.com |
| 5 |         tullossdelk@quinnemanuel.com |
| 6 | JENNER & BLOCK LLP |
| | Donald R. Harris (Admitted *Pro Hac Vice*) |
| 7 | Stanley A. Schlitter (Admitted *Pro Hac Vice*) |
| | Barbara S. Steiner (Admitted *Pro Hac Vice*) |
| 8 | Terrence J. Truax (Admitted *Pro Hac Vice*) |
| | Reginald J. Hill (Admitted *Pro Hac Vice)* |
| 9 | One IBM Plaza |
| | Chicago, IL  60611 |
| 10 | (312) 222-9350 |
| | (312) 527-0484 (Facsimile) |
| 11 | Email: dharris@jenner.com |
| |         sschlitter@jenner.com |
| 12 |         bsteiner@jenner.com |
| |         ttruax@jenner.com |
| 13 |         rhill@jenner.com |
| 14 | Attorneys for Plaintiff and Counterclaim Defendant |
| 15 | Semiconductor Energy Laboratory Co., Ltd. |

| | |
|---|---|
| 1 | Teresa Corbin (SBN 132360) |
| 2 | Henry Bunsow (SBN 60707) |
|   | HOWREY LLP |
| 3 | 525 Market Street, Suite 3600 |
|   | San Francisco, CA 94105 |
| 4 | Telephone: (415) 848-4900 |
|   | Facsimile: (415) 848-4999 |
| 5 | E-mail: corbint@howrey.com |
| 6 | |
|   | Benjamin C. Deming (SBN 233687) |
| 7 | HOWREY LLP |
|   | 550 S. Hope Street, Suite 1100 |
| 8 | Los Angeles, California 90071 |
|   | Telephone: (213) 892-1800 |
| 9 | Facsimile: )213) 892-2300 |
|   | E-mail: mathewsc@howrey.com |
| 10 | E-mail: demingb@howrey.com |
| 11 | |
|   | Yuri Mikulka (SBN 185926) |
| 12 | Gregory S. Cordrey (SBN 190144) |
|   | HOWREY LLP |
| 13 | 2020 Main Street, Suite 1000 |
|   | Irvine, California 92614 |
| 14 | Telephone: (949) 721-6900 |
| 15 | Facsimile: (949) 721-6910 |
|   | E-mail: mikulkay@howrey.com |
| 16 | E-mail: cordreyg@howrey.com |
| 17 | Robert W. Unikel (*Admitted Pro Hac Vice*) |
| 18 | HOWREY LLP |
|   | 321 North Clark Street, Suite 3400 |
| 19 | Chicago, IL 60610 |
|   | Telephone: (312) 595-1239 |
| 20 | Facsimile: (312) 595-2250 |
|   | E-mail: unikelr@howrey.com |
| 21 | |
| 22 | Attorneys for Defendants and Counterclaim Plaintiffs |
|   | Chi Mei Optoelectronics Corp., |
| 23 | Westinghouse Digital Electronics LLC, |
|   | International Display Technology Co., Ltd., and |
| 24 | International Display Technology USA, Inc. |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

RULE 41 STIPULATION OF DISMISSAL
C 04-4675 MHP

1539862

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate that all claims and defenses in the above-referenced action with respect to U.S. Patent No. 4,691,995, including all claims asserted in any complaint or counterclaims filed by any of the parties to this Stipulation in the above-captioned action shall be dismissed with prejudice.

Dated:  May 22, 2007             QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

JENNER & BLOCK LLP


By:   /s/ Stanley A. Schlitter
      Stanley A. Schlitter
      Attorneys for Plaintiff Semiconductor Energy Laboratory Co., Ltd.

Dated:  May 22, 2007             HOWREY LLP

By:   /s/ Teresa Corbin
      Teresa Corbin
      Attorneys for Defendants Chi Mei Optoelectronics Corp., Westinghouse Digital Electronics LLC, International Display Technology Co., Ltd., and International Display Technology USA, Inc.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Marilyn H. Patel