1  Donald R. Harris (Admitted *Pro Hac Vice*)
   Barbara S. Steiner (Admitted *Pro Hac Vice*)
2  Stanley A. Schlitter (Admitted *Pro Hac Vice*)
   Reginald J. Hill (Admitted *Pro Hac Vice*)
3  JENNER & BLOCK LLP
   330 North Wabash Avenue
4  Chicago, IL 60611
5  Telephone: (312) 222-9350
   Facsimile: (312) 527-0484
6  Email: dharris@jenner.com
   Email: bsteiner@jenner.com
7  Email: sschlitter@jenner.com
   Email: rhill@jenner.com
8
9  Attorneys for Plaintiff SEMICONDUCTOR
   ENERGY LABORATORY CO., LTD.
10
   Teresa M. Corbin (SBN 132360)
11 Henry Bunsow (SBN 60707)
   HOWREY LLP
12 525 Market Street, Suite 3600
   San Francisco, California 94105
13 Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
14 Email: corbint@howrey.com
15
   Attorneys for Defendants CHI MEI
16 OPTOELECTRONICS CORP., et al.
17 [Additional counsel listed on last page.]

E-Filing

18          **IN THE UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
19                **SAN FRANCISCO DIVISION**

20 SEMICONDUCTOR ENERGY              )
21 LABORATORY CO., LTD.,             )
            Plaintiff,                )  CASE NO. C04-04675 MHP
22                                    )
      vs.                             )  **RULE 41 STIPULATION OF**
23                                    )  **DISMISSAL**
   CHI MEI OPTOELECTRONICS CORP. ET   )
24 AL.                                )
            Defendants.               )
25                                    )
   CHI MEI OPTOELECTRONICS CORP.      )
26      Counterclaim Plaintiff,       )
                                      )
      vs.                             )
27                                    )
   SEMICONDUCTOR ENERGY               )
28 LABORATORY CO., LTD.,              )
      Counterclaim Defendant.         )

1 | Plaintiff Semiconductor Energy Laboratory, Co., Ltd. ("Plaintiff"), on the one hand, and
2 | Defendants Chi Mei Optoelectronics Corp., Westinghouse Digital Electronics LLC, International
3 | Display Technology Co., Ltd., and International Display Technology USA, Inc. (collectively
4 | "Defendants"), on the other hand, through their respective counsel of record, hereby stipulate
5 | pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and (c) that the above-entitled action,
6 | including any claims or counterclaims field by any party in this action, shall be dismissed in its
7 | entirety with prejudice. The parties further stipulate that, should Plaintiff (or any other party) ever
8 | assert any claim against any Defendants based on U.S. Patents No. 6,404,480 and No. 6,756,258,
9 | Defendants shall be permitted and have the right to raise and pursue all possible defenses or
10 | counterclaims (including, but not limited to, those asserted in the above-captioned action). Each party
11 | shall bear its own attorneys' fees and costs. The parties executing this stipulation are all the parties
12 | who have appeared in this action.

14 | Dated: July 6, 2007         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

JENNER & BLOCK LLP

By: /s/ Stanley A. Schlitter
Attorneys for Plaintiff Semiconductor Energy Laboratory Co., Ltd.

Dated: July 6, 2007         HOWREY LLP

By: /s/ Teresa Corbin
Attorneys for Defendants Chi Mei Optoelectronics Corp., Westinghouse Digital Electronics LLC, International Display Technology Co., Ltd., and International Display Technology USA, Inc.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

7/6/07

IT IS SO ORDERED

U.S. DISTRICT JUDGE

2

RULE 41 STIPULATION OF DISMISSAL
C 04-4675 MHP

[Additional counsel continued from caption page.]

| Attorneys for Plaintiff: | Attorneys for Defendants: |
|---|---|
| Victoria F. Maroulis (SBN 202603)<br>R. Tulloss Delk (SBN 229442)<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>555 Twin Dolphin Drive, Suite 560<br>Redwood City, CA 94065<br>Telephone: (650) 620-4500<br>Facsimile: (650) 620-4555<br>Email: victoriamaroulis@quinnemanuel.com<br>Email: tullossdelk@quinnemanuel.com | Benjamin C. Deming (SBN 233687)<br>HOWREY LLP<br>550 South Hope Street, Suite 1100<br>Los Angeles, California 90071<br>Telephone: (213) 892-1800<br>Facsimile: (213) 892-2300<br>Email: mathewsc@howrey.com<br>Email: demingb@howrey.com<br><br>Yuri Mikulka (SBN 185926)<br>Gregory S. Cordrey (SBN 190144)<br>HOWREY LLP<br>2020 Main Street, Suite 1000<br>Irvine, California 92614<br>Telephone: (949) 721-6900<br>Facsimile: (949) 721-6910<br>Email: mikulkay@howrey.com<br>Email: cordreyg@howrey.com<br><br>Robert W. Unikel (Admitted *pro hac vice*)<br>HOWREY LLP<br>321 North Clark Street, Suite 3400<br>Chicago, IL 60610<br>Telephone: (312) 595-1239<br>Facsimile: (312) 595-2250<br>Email: unikelr@howrey.com |