```
                                              Volume 1
                                              Pages 1 - 6
                 UNITED STATES DISTRICT COURT

               NORTHERN DISTRICT OF CALIFORNIA

         BEFORE THE HONORABLE MARILYN HALL PATEL, JUDGE

SEMICONDUCTOR ENERGY LABORATORY   )
COMPANY, LTD.,                    )
                                  )
          Plaintiff,              )
                                  )
  VS.                             ) NO. C 04-4675 MHP
                                  )
CHI MEI OPTOELECTRONICS, ET AL.,  )
                                  ) San Francisco, California
          Defendants.             ) Thursday
                                  ) July 5, 2007
_____) 2:05 P.M.

                   TRANSCRIPT OF PROCEEDINGS
                     TELEPHONIC CONFERENCE
APPEARANCES:

For Plaintiff:         JENNER & BLOCK, LLC
                       One IBM Plaza
                       Chicago, Illinois  60611
                  BY:  STANLEY A. SCHLITTER, ESQ.
                       and
                       JENNER & BLOCK, LLP
                       330 North Wabash Avenue
                       Chicago, Illinois  60611
                  BY:  BARBARA S. STEINER, ESQ.

For Defendants:        FENWICK & WEST, LLP
                       555 California Street
                       12th Floor
                       San Francisco, California  94104
                  BY:  TERESA M. CORBIN, ESQ.


Reported by:           BELLE BALL, CSR #8785, RMR, CRR
                       Official Reporter, U.S. District Court
```

```
 1  THURSDAY, JULY 5, 2007                                2:05 P.M.
 2                        P R O C E E D I N G S
 3                  (The following proceedings were held in
 4                  chambers with Judge Patel in person, and
 5                  Counsel telephonically)
 6          THE COURT:  Good afternoon.  This is Judge Patel.
 7          MS. CORBIN:  Good afternoon, Judge.  Teresa Corbin, on
 8  behalf of the Defendants.
 9          MS. STEINER:  Barbara Steiner and Stan Schlitter on
10  behalf of SEL.
11          THE COURT:  Good afternoon.
12          Now, to what do I owe this call?
13          MS. CORBIN:  We settled.
14          THE COURT:  That's what I heard.
15                  (Reporter interruption)
16          THE COURT:  If you would -- yeah.  If you would,
17  please -- thank you.  I'm sorry.  The court reporter is just
18  talking with me.
19          Would you please -- it's so rare that we have two
20  women on the phone, as attorneys, rather than, you know, two men
21  or one woman and one man, or whatever.
22          If you would please state your last name, so the court
23  reporter can distinguish you, and get down the correct
24  attributions.
25          MS. STEINER:  This is Barbara Steiner.
```

1                There is just one detail that we wanted to raise with
2    Your Honor before we filed the stipulation of dismissal in the
3    first case.
4                As of yesterday afternoon, or yesterday morning,
5    whatever time, we have a fully-signed settlement agreement.  So
6    we now have, it is a done deal.  And this morning, we, on behalf
7    of SEL, dismissed the second lawsuit.  So, that one is already
8    gone.
9                Before we filed the stipulation of dismissal in the
10   first lawsuit, we also filed this morning a joint motion seeking
11   to vacate two portions of Your Honor's most recent summary
12   judgment ruling.  One relating to the '258 invalidity decision,
13   and the other relating to the '480 infringement decision.
14               And let me assure Your Honor that the case is settled,
15   no matter how Your Honor would rule on that motion, and we will
16   be filing a stipulation of dismissal next week in this case, no
17   matter what.
18               But, the reason we wanted to call this to your
19   attention, and if I could for a moment just tell you why we
20   wanted to do this, as to the '258.  And that relates to the fact
21   that SEL would really like, if it could, to continue with the
22   reexam of that patent in the US PTO.
23               And a reexam, as Your Honor probably knows, will be
24   dismissed if there's a final order ruling that a patent is
25   invalid.  And, while the Ninth Circuit has said that a summary

1 judgment ruling such as we had isn't the final order, not all
2 courts agree with that.
3     And, while we would like to think the US PTO would do
4 what the Federal Circuit would do, which is defer to the Ninth
5 Circuit on this, the PTO has not addressed this point. And
6 that's a point that we prefer, if we don't have to, to deal
7 with, with the US PTO.
8     So, as part of our discussions with CMO, we asked
9 whether they would be willing to join with us in asking
10 Your Honor to vacate that portion of Your Honor's summary
11 judgment ruling.
12     And they said they had no objection, if we had no
13 objection to their moving to simultaneously move to vacate
14 indicate the portion of Your Honor's ruling relating to the '480
15 infringement. And, we had no objection as to that.
16     So, like I said, we will be having a settlement and
17 filing the final stipulation by next Tuesday, no matter what,
18 because that's our agreement with each other.
19     **THE COURT:** Okay.
20     **MS. CORBIN:** But if we have the opportunity to raise
21 this with Your Honor, we thought we would like to do that.
22     **THE COURT:** Well, I understand your interest. But,
23 you know, you could have settled this before. We went through a
24 lot of work, spent a lot of time on it. And, I'm not really
25 inclined to vacate something that we spent so much time on.

```
 1              If you'd settled it, before I wouldn't have had to do
 2   that.  I know you've saved me a trial, but --
 3              MS. CORBIN:  No, we understand.  We understand.
 4              THE COURT:  You understand?
 5              MS. CORBIN:  Like I said, that whatever Your Honor
 6   decided was not going to affect whether or not there was a
 7   settlement.
 8              THE COURT:  And I -- I don't think it's a good -- I
 9   don't think it's a good practice, anyway, generally, to do that.
10   Bust, it's there, it's there.  And you can argue whatever you
11   want to, before -- in the PTO.
12              MS. CORBIN:  Okay.
13              THE COURT:  Okay?
14              MS. CORBIN:  We will do that.
15              MS. STEINER:  We understand, thank you.
16              THE COURT:  Okay.  Anything else?
17              MS. CORBIN:  I don't think from our end there were any
18   other details.
19              MS. STEINER:  No, I don't think so.  We hope you enjoy
20   your July.
21              THE COURT:  Thank you, and you, too.  And the rest of
22   your summer.  At least you will be doing something other than
23   trying a case, I guess.
24              MS. CORBIN:  Yes.
25              THE COURT:  Okay, thank you very much.  And, I'm very
```

```
 1  glad you settled.
 2           MS. CORBIN:   Bye.
 3           MS. STEINER:  Bye.
 4           THE COURT:    Bye-bye.
 5                    (Conclusion of Proceedings)
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**CERTIFICATE OF REPORTER**

     I, BELLE BALL, Official Reporter for the United States Court, Northern District of California, hereby certify that the foregoing proceedings in C 04-4675 MHP, Semiconductor Energy Laboratory Co., Ltd. v. Chi Mei Optoelectronics, et al., were reported by me, a certified shorthand reporter, and were thereafter transcribed under my direction into typewriting; that the foregoing is a full, complete and true record of said proceedings as bound by me at the time of filing.

     The validity of the reporter's certification of said transcript may be void upon disassembly and/or removal from the court file.

                          _/s/ Belle Ball_____

                       Belle Ball, CSR 8785, RMR, CRR

                          Tuesday, May 8, 2012